Legal Mail Received
DEC 12 2024
Dade C.I. RLC

United States District Court
Southern District of Florida

FILED BY_____D.C.
DEC 18 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Robert L. Caleb
   Pro-Se Plaintiff

Civil Action #

VS.
   DEFENDANTS
1. Miami-Dade Police Department
2. Miami-Dade State Attorney Office
3. Miami-Dade Public Defenders Office
4. Eleventh Judicial Circuit Court For Miami-Dade County, Fl
5. The Third District Court of Appeals
6. Miami-Dade Corrections and Rehabilitations
7. Miami-Dade Fire and Rescue
8. Aventura Hospital
9. Miami-Dade County, Fl
10. WPLG-/ABC
11. WSVN/Fox
12. WFOR/CBS
13. Florida Department of Corrections

Preliminary Statement
42 U.S.C. § 1983.

Comes now, Pro-Se Plaintiff, Robert L. Caleb, who is at all times mention a citizen of these United States, and says that this controversy exceeds $10,000 exclusive of interest and cost. The Plaintiff demands a trial by jury on all triable issues and requests declaratory and injunctive relief, punitive along with compensatory damages. The Claims before this court are Constitutional violations, equal protection violations, 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th Amendment violations.

Pg 5

All violations committed by the above mentioned defendants. Violating freedom of belief and religion, Violating right to bear arms, right to be safe and secure within one's person, Violating miranda rights, Violating right to counsel, right to self-rep, right to confrontation clause, Cruel and Unusual Punishment, false arrest, kidnapping, illegal detainment, wrongful arrest, wrongful conviction, defamation of character, torture, pain and suffering, Violating due process, conspiracy, framing, wrongful death, malfeasance, misfeasance, false imprisonment, malicious arrest, malicious prosecution, abuse of process, obstruction of justice, withholding evidence, malice, willful and wanton misconduct, abuse of discretion, psychological abuse, cruelty and brutality inflicted.

The Plaintiff brings this action to all those defendants individually and in their official capacity

(PJ 6)

## Statement of Facts

The following is a Notice Pleader; Notice Pleading - Fed. R. Civ. P. 8(a) - The Pleader gives a Short and Plain Statement of the Claim (not a complete detailing of all facts) showing that the Pleaders entitled to relief.

On 8-17-2020, 8-18-2020, Miami-Dade Police Department wrongfully arrested, Charged, and illegally detained the Petitioner. (MDPD) Conspired to commit First Degree Murder and accused the Petitioner to be at fault. (MDFR) Miami-Dade Fire and Rescue and Aventura Hospital were aware of this and failed/refused to report it. (MDPD) Committed F.S 782.04(1) and framed the defendant

The Miami-Dade State Attorney office Tampered, altered, Withheld, Concealed; information, Knowledge, evidence and with Malice Prosecuted the Declarant, Combining their efforts with (MDPD) with the Purpose of Unjustly and Unconstitutionally Persecuting the Claimant, and once it was made aware to the State that the Claimant could prove Tampering by the State within an 8-25-22 Motion for Clarity hearing, the State attempted to re-alter the evidence to hide wrong-doing. Violation of Due Process XIV, Amend

Judge Milton Hirsch of the Eleventh Judicial Circuit Court In and For Miami-Dade County, Fl, Confederating his acts on 10-4-22, Violated the claimant of the right to due Process by denying the claimant of the Right to access the Court by blocking the Claimant from having a hearing in relation to his Prose Submitted Motion to Dismiss for Tampering Notice, Striking that Motion and only requesting him as a Card only appearance. Violation of Due Process, 5th, 6th, 8th, 14th Amend violations

(Pg 7)

Judge Milton Hirsch allowed the Claimants matters linger on for over a year without addressing the issue and actively blocked the Claimant from having a chance to address his grievance, Obstructing Justice, violating Due Process, and Preventing a fair trial.

The Public defenders office court appointed counsel Lauren Dawson intentionally submitted motions on the claimants behalf, without his Permission, after he was actively trying to waive his right to counsel and have the attorney withdraw from representation, Lauren Dawson intentionally submitted motions that were demeriting and discrediting the Claimants assertions that the State had altered and tampered with evidence. She submitted those motions without "Consultation" and Proceeded to represent the Claimant in Trial against the Claimants desires and the Claimant expressing those desires on the record before trial was to commence, violating Claimants Sixth Amend. violation

Miami-Dade Corrections and Rehabilitations (MDCR) along with The Third District Court of Appeal intentionally infringed upon the claimants right to appeal on 11-25-22. (MDCR) delayed the Claimants outgoing legal mail, lied about it in a grievance and basically stated that it was sent out at a later date. The legal mail was signed by (MDCR) counselor. This Same legal mail which was an appeal to gain transcripts in order for the claimant to prove Tampering, altering, concealing by the State, the Third DCA "NEVER" responded to, effecting my right to appeal. 6th Amend and 14th Amend violations

(Pg 8)

## Prayer for Relief

A.) Demand for Jury trial, B.) Punitive Damages from each defendant individually and in their Official Capacity,
C.) Compensatory damages individually and in official capacity,
D.) Reward of attorney fees and court cost,
E.) All other relief that this court deems just and proper

## Conclusion

WHEREFORE THE DEFENDANT respectfully DEMANDS that this court files this Claim to bring action against all those individuals mentioned for violation of civil rights and deprivation of rights according to the U.S. Constitution.

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered to 400 North Miami Avenue Miami, Florida 33128-7716

On this day of
12-12-24

Respectfully

Robert Crosett M79400
19000 S.W. 377th Street
Florida City, Fl 33034

P.J 9

Robert L. Caleb #M124400
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, Fl 33034

The United States District Court
Southern District of Florida
400 North Miami Avenue, Miami, Fl 33128

Legal Mail
Received
DEC 12 2024
Dade C.I. RLC

33128-180199

DEC 18 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
D.C.